

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2017

No. 04-17-00298-CV

**IN THE INTEREST OF J.S.R., CHILD**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00696
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellant's motion for extension of time to file brief is GRANTED. We ORDER Appellant Rashawn J. to file his appellant's brief on or before August 14, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk